Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
      Of Attorneys for Plaintiff

FILED '06 MAY 23 09:36 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RICHARD D. FELDHUSEN,**

      Plaintiff

v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security
Administration,

      Defendant

Civil No. 04-948-CO

**ORDER**

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,469.06, costs in the amount of $163.40, and expenses in the amount of $46.54, for a total of $2,679.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this 23rd day of May, 2006.

*/s/*
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Sharon Maynard*
SHARON MAYNARD
Attorney for Plaintiff

ORDER

SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222